Tommy BARRETT, Appellant,

v.

The STATE of Texas, Appellee.

No. 28693.

Court of Criminal Appeals of Texas.

Jan. 2, 1957.

LeRoy DUNLAP, Appellant,

v.

The STATE of Texas, Appellee.

No. 28646.

Court of Criminal Appeals of Texas.

Jan. 9, 1957.

No attorney for appellant of record on appeal.

Leon B. Douglas, State's Atty., Austin, for the State.

PER CURIAM.

The unlawful possession of intoxicating liquors for sale in a dry area is the offense; the punishment, a fine of $300 and twenty days in jail.

The record before us contains no statement of facts or bills of exception. Nothing is presented for review.

The judgment is affirmed.

No attorney for appellant of record on appeal.

'Leon B. Douglas, State's Atty., Austin, for the State.

PER CURIAM.

The offense is passing as true a forged instrument; the punishment, two years.

The record on appeal contains no statement of facts or bills of exception. All proceedings appear to be regular and nothing is presented for review. The judgment is affirmed.